**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
M.R., INDIVIDUALLY and ON BEHALF OF
J.R., A CHILD WITH A DISABILITY,

                    Plaintiff,

-against-                                 21 **CIVIL** 5503 (VEC)

                                                      **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 23, 2022, the R&R is adopted in part, and Plaintiff's motion is GRANTED in part. Plaintiff is awarded $32,169.91 in fees and $760.57 in costs; accordingly, the case is closed.

**Dated:**  New York, New York

          September 30, 2022

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                                     **Deputy Clerk**