```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
M.R., INDIVIDUALLY and ON BEHALF OF J.R., A  :
CHILD WITH A DISABILITY,                                              :
                                      Plaintiff,              :        21-CV-5503 (VEC)
:
                  -against-                           :        <u>ORDER</u>
:
NEW YORK CITY DEPARTMENT OF                     :
EDUCATION,                                                          :
:
                                 Defendant.              :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS Plaintiff appealed from the judgment entered in this case on October 4, 2022, Dkt. 63, and filed an amended notice of appeal on November 30, 2022, Dkt. 65, following the entry of an amended judgment, Dkt. 64; and

        WHEREAS on January 31, 2023, the Second Circuit remanded the case to this Court for further proceedings following the Second Circuit's determination of the appeal in *H.C., Individually, and on behalf of J.C. a child with a disability v. New York City Department of Education*, 21-1582, and related appeals, Dkts. 66–67.

        IT IS HEREBY ORDERED that within **one week** of the Second Circuit's determination of the appeal in *H.C.*, 21-1582, the parties must submit a joint letter to this Court with proposed next steps.

**SO ORDERED.**

Date:  February 1, 2023
         New York, NY                                 **VALERIE CAPRONI**
                                                                     **United States District Judge**